David ASKEY, et al. *v.* Warren O. KIMBROUGH,
Chancellor

87-289                                                741 S.W.2d 624

Supreme Court of Arkansas
Opinion delivered October 12, 1987

*John R. VanWinkle,* for appellant.

*Steve Clark,* Att'y Gen., by: *Theodore Holder,* Asst. Att'y
Gen., for appellee.

PER CURIAM. Petition denied as the record does not show
bail pending appeal has been denied by the chancellor.

Justice Purtle would grant.

JOHN I. PURTLE, Justice, dissenting. What kind of relief will
the appeal bring even if petitioners prevail? Obviously the ten day
jail sentence will have been served long before we decide the case.
I submit that there is no adequate form of relief except by this
court, unless the trial court on its own initiative grants a stay or
bond pending appeal. I would grant a stay of the order of
contempt and expedite the briefing schedule.